UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:11-CR-44-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| LEWIS MOORE III | ) | |

This Honorable Court, upon good cause shown, hereby GRANTS the Motion to Continue Arraignment made by the Defendant. The Arraignment in this matter is hereby continued until this Court's session beginning April Term 2012.

It is further Ordered that this continuance period shall not be used in any calculation of time under the Speedy Trial Act.

This the 20 day of March, 2012.

_____
The Honorable Terrence W. Boyle
United States Judge